IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF OHIO,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHEAST OHIO REGIONAL SEWER DISTRICT,<br><br>Defendant. | Civil Action No. 1:10-CV-02895-DCN<br><br>Judge Donald C. Nugent |

**UNITED STATES' AND STATE OF OHIO'S UNOPPOSED**
**MOTION TO ENTER PROPOSED CONSENT DECREE**

Plaintiffs, the United States, on behalf of the United States Environmental Protection Agency, and the State of Ohio (the "State"), on behalf of the Ohio Environmental Protection Agency, respectfully moves this Court to approve and enter the proposed Consent Decree between the plaintiffs, the United States and State, and the defendant, the Northeast Ohio Regional Sewer District ("NEORSD"), lodged on December 22, 2010 (Docket Nos. 2 through 2-7). The proposed Consent Decree would resolve the Plaintiffs' claims against NEORSD for violations alleged in the Complaint in this civil action pursuant to the Clean Water Act, 33 U.S.C. § 1311 and analogous State laws.

In accordance with 28 C.F.R. § 50.7 and Part XXII of the Consent Decree, on December 29, 2010, the Department of Justice published a notice of lodging of the proposed Consent Decree in the Federal Register, and invited the public to submit comments on the settlement for a

period of thirty days. 75 Fed. Reg. 82,072 (Dec. 29, 2010). The notice described the principal terms of the settlement and provided an opportunity to comment on the Decree. The United States received 85 sets of public comments.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of the United States' and State of Ohio's Unopposed Motion to Enter the Proposed Consent Decree, the United States and State request the Court to enter the proposed Consent Decree as a final judgment.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated: June 6 , 2011

/s Steven D. Ellis
STEVEN D. ELLIS
KRISTIN M. FURRIE
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-3163 (voice)
steven.ellis@usdoj.gov

STEVEN M. DETTELBACH
United States Attorney

By: s/Steven J. Paffilas
STEVEN J. PAFFILAS (0037376)
Assistant United States Attorney
Northern District of Ohio
801 W. Superior Avenue
Suite 400
Cleveland, Ohio 44113
Phone: (216) 622-3698
Fax: (216) 522-4982
steven.paffilas@usdoj.gov

Of Counsel:

NICOLE CANTELLO
Associate Regional Counsel
U.S. Environmental Protection Agency, Region 5
77 West Jackson Blvd. (C14J)
Chicago, IL 60604-3590

ROBERT KLEPP
Attorney-Advisor
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

MICHAEL DEWINE
Attorney General OF Ohio

*/s/ Summer J. Koladin Plantz*
SUMMER J. KOLADIN PLANTZ (0072072)
Assistant Attorney General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215-3400
Telephone: (614) 466-2766
Facsimile: (614) 644-1926
Summer.Plantz@OhioAttorneyGeneral.gov
*Counsel for Plaintiff*
*State of Ohio*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2011, a copy of the foregoing United States' and State of Ohio's Unopposed Motion to Enter Proposed Consent Decree and Memorandum in Support of United States' and State of Ohio's Unopposed Motion to Enter Proposed Consent Decree was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Steven D. Ellis
STEVEN D. ELLIS
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-3163 (voice)
steven.ellis@usdoj.gov