IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF OHIO, | ) |
| Plaintiffs, | ) Civil Action No. 1:10-CV-02895-DCN |
| v. | ) Judge Donald C. Nugent |
| NORTHEAST OHIO REGIONAL SEWER DISTRICT, | ) |
| Defendant. | ) |

**EXHIBITS TO THE MEMORANDUM IN SUPPORT OF UNITED STATES' AND STATE OF OHIO'S UNOPPOSED MOTION TO ENTER PROPOSED CONSENT DECREE**

Exhibit 1: Public Comments

Exhibit 2: Responsiveness Summary

Exhibit 3: Declaration of Mark J. Klingenstein

Exhibit 4: Declaration of Gail B. Coad

Exhibit 5: Declaration of Brooke Furio

Exhibit 6: CSO Permit

Exhibit 7: NEORSD Summary of Public Notices and Press Reports

Exhibit 8: Fitzpatrick, T., *Understanding Ohio's Land Bank Legislation* (Federal Reserve Bank of Cleveland, Policy Discussion Paper No. 25, 2009).

Exhibit 9: Advisory Council on Historic Preservation Letter dated Sept. 23, 2010

Exhibit 10: 127th General Assembly Senate Substitute Bill 353; 128th General Assembly Senate Substitute Bill 313