**From:** Fleetwood, Tonia (ENRD)
**To:** Papagiika, Kathryn (ENRD); Furrie, Kristin (ENRD)
**Subject:** FW: NEORSD Ohio, Clevleand
**Date:** Friday, January 14, 2011 8:07:35 AM

Please see public comment received below for NEORSD.

**From:** Rose M. Welch
**Sent:** Wednesday, January 12, 2011 9:08 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** NEORSD Ohio, Clevleand

To Whom It May concern:

I am all for clean water, treated sewage and a better environment.

HOWEVER, the proposals of

# Notice of Lodging of a Consent Decree Under the Clean Water Act

are set to cost us consumers so much in an economy where so very many people cannot either find any jobs, or jobs that can even support them & their families, that I have to protest these charges.

Currently the civil penalties & injunctive relief requested in this action are set to cripple us. Our sewer and water rates are set to go up over 25% in the upcoming years. I live alone and already conserve SO much in heat & electricity that friends do not like to visit my home in the winter. When this rate increase happens, I'll never water a plant or the lawn again, be super cautious about flushing the toilet and have to again change my eating habits. It will also speed up my move out of Ohio.

Every business will have to pass this increase on to their customers. The NEORSD has no plans to issue tax free municipal bonds to cover the infrastructure repair/replacement but also plans to sock it to consumers. The upkeep and penalty is going to ruin whatever budgets we have left in this overtaxed economy.

I will ask that you reconsider this Consent Decree because it puts a large unfair burden on us consumers of the utilities.

Most Sincerely,

Rose M. Welch

**From:** Ellis, Steven (ENRD)
**To:** Furrie, Kristin (ENRD); Papagjika, Kathryn (ENRD)
**Subject:** FW: NEOHIO EXCESSIVE SEWER CHARGE
**Date:** Tuesday, January 18, 2011 2:19:21 PM

---

**From:** McIlwain, David (ENRD)
**Sent:** Tuesday, January 18, 2011 2:18 PM
**To:** Ellis, Steven (ENRD)
**Cc:** Fleetwood, Tonia (ENRD); Waters, Mary (ENRD)
**Subject:** FW: NEOHIO EXCESSIVE SEWER CHARGE

Steve:

This was received in the public comments email box over the weekend.

Dave McI

**From:** jim semancik
**Sent:** Sunday, January 16, 2011 2:53 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** NEOHIO EXCESSIVE SEWER CHARGE

**DEAR SIRS ; I AM AGAINST GROSSLY EXCESSIVE NEW CHARGES THAT THE EPA IS MAKING THRU OUR NEOHIO SEWER DISTRICT IN THE -- BILLIONS -- OF DOLLARS EXTRA.**
**concerning case # 90-5-1-1-08177/1**
**Digging giant tunnels for storage for 3 billion dollars = WRONG !!!**
**THIS IS AN ECONOMICALLY DISTRESSED AREA !!!!!**
**CORRUPTION HAS BEEN WIDESPREAD IN THE AREA !!!**
**PREVIOUSLY --- RETENTION PONDS HAVE BEEN USED TO CORRECT STORM OVERFLOWS !!!!**
**DAMS HAVE BEEN BUILT TO SLOW CREEK & RIVER FLOW DURING RAINSTORMS - NOW ! THEY'RE TEARING DOWN DAMS THEREBY CREATING MORE FLOODING !!!!**
**PLEASE , TAKE ANOTHER CAREFUL LOOK AT THIS SITUATION !!!!!**
**WE CAN'T AFFORD THIS WASTE AND CORRUPTION**

**THANKS**

# :NV_ENFORCEMENT-n1857881-v1

| | |
|---|---|
| **)ocument Name** | CITIZENS COMMENTS |
| **\uthor** | |
| **)ocument Type** | |
| **.SA(s)** | |
| **;o-Counsel** | |
| **;o-Counsel LSA(s)** | |
| **)istribution List** | |
| **:ileroom** | |
| **)J#** | 90-5-1-1-08177/1 |
| **;ase Name** | U.S. V. NORTHEAST OHIO REGIONAL SEWER DISTRICT |
| **;ourt** | OH N.D. Ohio; 6th Cir. |
| **lotes** | |
| **)ouble-Sided** | |
| **Received Date** | 1/26/2011 |
| **Jrgent** | |
| **)versize** | |
| **3ound Document** | |

Ellis, Stephen

Dear Sirs - Ref US vs NE OH Sewer
90-5-1-1-08177/1

There is CORRUPTION
IN CLEVELAND OHIO

DO NOT LET THE EPA
AND THE SEWER DISTRICT
ILLEGALLY TAKE BILLIONS
FROM THE HOMEOWNERS
AND BUSINESSES.

WE ARE BANKRUPT
ECONOMICALLY HERE IN OHIO!
THERE ARE NO FLOODS HERE.

PLEASE DO NOT ALLOW
THIS THEFT OF BILLIONS!

IT ONLY RAINS BRIEFLY IN SUMMER!
RENTENTION PONDS AND DAMS
WILL WORK INSTEAD

corr
90-5-1-1-08177/1

GOD BLESS YOU!

Jim [illegible]

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION
JAN 26 P 3:41

James Semanick

CLEVELAND OH 440
24 JAN 2011 PM 6 L




US Dept of Justice
PO Box 7611
WASH. DC. 20044-7611

DOJ MAILROOM
JAN 28 2011

Ref– US vs NEOH Sewer
90-5-1-1-08177/



20044+7611

**From:** Ellis, Steven (ENRD)
**To:** McIlwain, David (ENRD)
**Cc:** Fleetwood, Tonia (ENRD); Waters, Mary (ENRD); Furrie, Kristin (ENRD); Papagjika, Kathryn (ENRD)
**Subject:** RE: United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1
**Date:** Tuesday, January 18, 2011 2:22:49 PM

---

Thanks David. Please also send all comments to Kristin Furrie and Kate Papagjika
Thanks.

**From:** McIlwain, David (ENRD)
**Sent:** Tuesday, January 18, 2011 2:21 PM
**To:** Ellis, Steven (ENRD)
**Cc:** Fleetwood, Tonia (ENRD); Waters, Mary (ENRD)
**Subject:** FW: United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1

Steve:

This is the fourth of five items received in the comments email box over the weekend.

Dave

**From:** Roy Jaskowski Jr
**Sent:** Tuesday, January 18, 2011 9:01 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Cc:** Fleetwood, Tonia (ENRD)
**Subject:** United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1

Assistant Attorney General
Environment and Natural Resources Division
P.O. Box 7611
U.S. Department of Justice
Washington, DC 20044-7611

January 18, 2011

Subject: Public Comment on ***United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1***

To Whom it May Concern:

The synopsis of this compliance plan is to spend $3bil on repairs to the CSO, leaving the SSO and storm water management non-compliance issues for a later time. I find this plan backwards and a waste of public funds and certainly requires additional significant funds for complete compliance.

The storm water issues should be addressed first. It is the introduction of storm water that not only increases treatment cost (more volume at treatment sites) but it is the storm water that triggers CSO non compliance. I am not saying that handining all the storm water issues will totally eliminate CSO episodes from triggering, but in theory it should. The CSO fixes would be greatly reduced in cost and such things adding dams & resevoirs to contain CSO storm event (to be slowly released later for

treatment as storm volumes diminish) would be totally eliminated.

Also, by 'fixing' the CSO problems, you are gauranteeing that the public will be paying for all the storm water to be treated as sanitary effluent. The public not only has to pay for these $3bil in repairs but now has to pay for a significant more amount of water treatment driving costs up even further. The icing on the cake is that even after all this we are still no in compliance!

Please revise this consent order and require that the storm water issues be addressed first. This will actually reduce the amount of treatment required and some of the costs of infrastructure can be offset with treatment savings. After the storm water issues are fixed the episodes of CSO release should be greatly dimished and monitoring duiring this period will show which site have more (or more serious) events and they can get priority for the final CSO fixing. Hopfully some CSO will only require capping the outlet to the public waterway and save the public much of this projected $3bil expenditure. I know some lines need replacing, but with reduced projected flows (no stormwater) the size of the system might be reduced and certainly resevoirs for storm surges are totally eliminated.

If you see fault in my logic please point it out. I can not see adding expansions to a CSO system that will almost immediately be 'never used again' once the storm water issue compliance program is in place. Wasting parts of this $3bil (which could have helped expedite the storm water fixes) PLUS the increase in fees for treatment of all the additional storm water sent to the treatment facility puts the public in a lose - lose situation. Fixing the stormwater issue first, reducing the amount of effluent going to the treatment facility, creating a significant savings in the proposed CSO work, and theoretically stopping CSO events without doing any CSO modifications seems like a total win - win - win - win all around. I would imagine storm water fixes would be prioritized by current CSO history of severity so those types of events could be diminished ASAP and reduce the loads of effluent going into Lake Erie. This should satisfy the EPA, save the public money, minimize the repair costs, have the public enjoy the saving of not treating storm water much earlier, and not require CSO infrastructure be built that will quickly be obsolete.

Again, please do not proceed with th e current plan of compliance. The best path for complaince, and the wisest expenditure of the public's money for the cost of compliance, would be to address the storm water issues first and the CSO issues last.

Thank you for you time and attention to this matter,

Roy Jaskowski

cc: Tonia Fleetwood / *Legal Information Specialist*

**From:** Ellis, Steven (ENRD)
**To:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD)
**Subject:** FW: United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1
**Date:** Tuesday, January 18, 2011 2:20:53 PM

---

**From:** McIlwain, David (ENRD)
**Sent:** Tuesday, January 18, 2011 2:19 PM
**To:** Ellis, Steven (ENRD)
**Cc:** Fleetwood, Tonia (ENRD); Waters, Mary (ENRD)
**Subject:** FW: United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1

Steve:

This was received in the comments email box over the weekend.

Dave

**From:** Mary Clark
**Sent:** Monday, January 17, 2011 10:43 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1

To:
Assistant Attorney General Environment and Natural Resources Division

Dear Sir:

This is regarding the above-reference # and the NEORSD-EPA Consent Agreement. Sir, this Consent Agreement, if it goes through, will cause extreme financial hardship on one of the most financially distressed areas in the nation. Northern Ohio was one of the the worst hit for job losses and will be one of the the last in job recovery. I run three food pantries for the poor in Northern Ohio and I can tell you people are struggling to make ends meet. This sewer increase will only serve to put these people right over the edge. People can only take so much. I was at the NEORSD meeting in Parma on this and saw their presentation. I also heard from many people in the audience IN THE BUSINESS. There are other less expensive alternatives to solve the problems that should be considered that are being summarily dismissed. I request that you reconsider and I wish you would also remember several things.

1. The NEORSD is in the midst of a massive corruption scandal; it has a history of corruption and incompetence and cannot be relied on to properly oversee the key elements of the Agreement.

2. The Consent Agreement is in violation of federal because because neither party submitted the agreement for review of impact on historic landmarks, as required by law.

Sincerely,

Mary Clark

**From:** McIlwain, David (ENRD)
**To:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD)
**Subject:** FW: Public Comment on United States vs. Northeast Ohio Regional Sewer District
**Date:** Tuesday, January 18, 2011 2:29:54 PM

---

**From:** McIlwain, David (ENRD)
**Sent:** Tuesday, January 18, 2011 2:22 PM
**To:** Ellis, Steven (ENRD)
**Cc:** Fleetwood, Tonia (ENRD); Waters, Mary (ENRD)
**Subject:** FW: Public Comment on United States vs. Northeast Ohio Regional Sewer District

Steve:

Last of five items received in the comments email box over the weekend.

Dave

**From:** Gonda, Debra
**Sent:** Tuesday, January 18, 2011 9:57 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Public Comment on United States vs. Northeast Ohio Regional Sewer District

RE: Public Comment on the U.S. vs. Northeast Ohio Regional Sewer District
D.J. Ref. 90-5-1-1-08177/1

Sirs,

This letter is regarding the Consent Decree between the EPA and Northeast Ohio Regional Sewer District (NEORSD). After reading about this agreement, and hearing the opinions of other concerned citizens in northeast Ohio, I believe that targeting combined sewer overflow (CSO) is a waste of taxpayer monies. It is my understanding that storm water overflows should be addressed first, which might save time and money in dealing with CSO's. Why should Ohioans be forced to pour billions of dollars into such a backwards plan?

We all want a clean environment, but this plan requires further thought before we gouge the taxpayer unnecessarily. If money can be saved by addressing storm water first, then it should be done.

Sincerely yours,

Debbie Gonda
Westlake, Ohio

====================================

Please consider the environment before printing this e-mail

Cleveland Clinic is ranked one of the top hospitals in America by U.S.News & World Report (2010). Visit us online at http://www.clevelandclinic.org for a complete listing of our services, staff and locations.

Confidentiality Note: This message is intended for use

only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Thank you.

NORTHEAST OHIO REGIONAL SEWER DISTRICT
D.J. REF. 90-5-1-1-08177/1

To whom it may concern,                                                                                      1/9/2011

AFTER Reviewing the so called "Plan" That the EPA and the Northeast Ohio Regional Sewer District Agreed on in December 2010, I am asking for your help in barring this from moving forward.

This "Plan" will place undo heavy financial burden on the unemployed, seniors, people on fixed incomes and other homeowners unjustly and without warrant.

This agreement "Plan" in one of the hardest hit parts of the country and the poorest counties/part of Ohio will only make things so much worse!! The first thing that comes to mind is that our foreclosure crisis would grow.

Due to the facts that the vast majority of people in this region cannot afford the rate increases proposed and that this is not a good agreement, I ask of you to bar this plan from taking effect. The rate increases proposed would bury most residents at this time. Thank you for your help in this matter.

Sincerely,

MR. DUANE HUNT

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: Northeast Ohio Regional Sewer District
**Date:** Wednesday, January 19, 2011 9:44:30 AM

Please see public comment received below re: NEORSD.

**From:** Bruce Edwards
**Sent:** Tuesday, January 18, 2011 3:07 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Northeast Ohio Regional Sewer District

Dear Sir(s),

I am writing in regards to the decision to reconstruct our sewers and pass the costs onto me and other home owners in Cuyahoga County, Ohio.

The corruption here is out of control along with waste within our sewer district leadership. Our county is listed as one of the top 5 worse cities hit by loss of income, jobs, high taxes and corrupt officals unable to do what is in the best intrests of the community.

Our community has gone from a unusable lake and water system to one where (according to NEORSD itself) only has 6 days a year that are considered 'dirty'. But even with these 6 days, we have no fish kills that impact more than a few feet of water and no ill health effects of our water system.

I am begging, PLEASE, during these economic times and our county corruption, and the improvements we have made, ease these regulations. If enforced, I like most of my family, will move from this county, resulting in less income to accomplish an untimely project.

Thank you for giving consideration and reading this email

Bruce Edwards

These pages are intentionally left blank. The public comment that appeared on these pages was meant for a different Department of Justice case, and does not pertain to this case.

These pages are intentionally left blank. The public comment that appeared on these pages was meant for a different Department of Justice case, and does not pertain to this case.

These pages are intentionally left blank. The public comment that appeared on these pages was meant for a different Department of Justice case, and does not pertain to this case.

These pages are intentionally left blank. The public comment that appeared on these pages was meant for a different Department of Justice case, and does not pertain to this case.

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagjika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1
**Date:** Wednesday, January 19, 2011 10:57:31 AM

Please see public comment BELOW received for NEORSD.

**From:** DONNA BEWLEY
**Sent:** Wednesday, January 19, 2011 10:54 AM
**To:** Fleetwood, Tonia (ENRD)
**Subject:** United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1

IN CUYAHOGA COUNTY, OHIO, OUR SEWER DISTRICT AND WATER DEPARTMENT HAVE BEEN PLAGUED WITH CORRUPTION, BRIBERY CONSPIRACIES, MIS-MANAGEMENT OF CONTRACTS WITHOUT REGARD TO CONTRACTOR PERFORMANCE, OVERRUNS ON CONTRACTS, AND OVER BILLINGS OF THOSE THEY SERVE.

THE SEWER/WATER DISTRICT CUSTOMERS HAVE ALREADY SEEN THEIR QUARTERLY BILLS QUADRUPLE SINCE 1991 AS THE SEWER DISTRICT HAS SPENT MORE THAN $2 BILLION, TO MEET EPA CLEAN WATER MANDATES.

AS A RESULT OF THE EPA'S LAWSUIT, THE FEES WE CITIZENS PAY FOR EACH OF THESE SERVICES ARE SCHEDULED TO INCREASE BY 13%. THIS ONLY HURTS THE CITIZENS SERVICED. IT DOES NOT TAKE AWAY PAST MIS-MANAGEMENT.AND INCOMPETENCE. "PROJECT CLEAN LAKE" IS AN EXPENSIVE, UNFUNDED FEDERAL MANDATE TO THE LOCAL TAXPAYERS.

THE SEWER AND WATER DEPARTMENTS SHOULD BE OVERSEEN AT OUR STATE, NORTHEAST OHIO REGIONAL, AND CUYAHOGA COUNTY COUNCIL LEVELS, THIS WILL ALLOW CITIZENS TO TRACK ANY SEWER/WATER CLEANUP AND IT WILL MAKE ALL PERTINENT INFORMATION ON THESE PROJECTS TRANSPARENT AND FOR PUBLIC REVIEW..

WE CAN BEST SOLVE OUR OWN PROBLEMS WITHOUT THE INTERFERENCE AND ENCUMBRANCE OF THE FEDERAL GOVERNMENT.

THE 3 BILLION DOLLAR COST OF THIS MANDATE IS EQUIVALENT TO A TAX. THIS MONEY THIS MONEY SHOULD NOT LEAVE THIS REGION, AND SHOULD NOT BE TAKEN AWAY AND SENT TO THE EPA, OR ANY FEDERAL GOVERNMENT DEPARTMENT OR AGENCY "TO DISTRIBUTE TO WHERE; FOR WHAT?"

IN THESE DIFFICULT TIMES, I SEE THIS MANDATE AS A HORRIBLE BURDEN ON OUR JOB-CREATING BUSINESSES, THOSE OUT OF WORK, AND CONSUMERS ON LOW OR FIXED INCOMES.

**From:** Ellis, Steven (ENRD)
**To:** Papagiika, Kathryn (ENRD); Furrie, Kristin (ENRD)
**Subject:** FW: United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1
**Date:** Tuesday, January 18, 2011 2:21:29 PM

---

**From:** McIlwain, David (ENRD)
**Sent:** Tuesday, January 18, 2011 2:20 PM
**To:** Ellis, Steven (ENRD)
**Cc:** Fleetwood, Tonia (ENRD); Waters, Mary (ENRD)
**Subject:** FW: United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1

Steve:

This also received in the comments email box over the weekend.

Dave

**From:** Vic Voinovich
**Sent:** Monday, January 17, 2011 10:43 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1

To Whom it may concern:

Our community is being forced to spend $3 billion to comply with this Consent Agreement. Our community unfortunately is very depressed with homes in foreclosure, high unemployment, and an economy that can ill afford spending money and getting no return on investment. There are many places where we could spend a fraction of this amount and get a significant benefit for its citizens.

The NEORSD is in the midst of a massive corruption scandal. It has a history of corruption and incompetence and cannot be relied on to properly oversee the key elements of the Agreement. Just check local newspaper articles that document the millions of cost overruns, and public officials who have squandered and taken taxpayers money.

Furthermore, the Consent Agreement is in violation of federal laws because neither party submitted the agreement for review of impact on historic landmarks, as required by law.

Please reconsider this harsh action on a community that can barely take care of the financial problems it has now, let alone be forced to spend money that will do nothing for its citizens.

Sincerely
Victor S. Voinovich, Sr.

In the Spirit of Greatness

Victor S. Voinovich, Sr. \ Managing Director

*The First Place to Go for Commercial Real Estate Help!*
All Sperry Van Ness Offices Independently Owned and Operated

**From:** Waters, Mary (ENRD)
**To:** Ellis, Steven (ENRD); Furrie, Kristin (ENRD)
**Cc:** Papagiika, Kathryn (ENRD)
**Subject:** FW: NEORSD-EPA Consent Agreement
**Date:** Friday, January 21, 2011 3:57:24 PM

This was received in the public comments email box - Mary

**From:**
**Sent:** Thursday, January 20, 2011 11:46 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** NEORSD-EPA Consent Agreement

The Assistant Attorney General, Environment and Natural Resources Division:

United States V. Northeast Ohio Regional Sewer District,D.J. Ref. 90-5-1-1-08177/1

The Consent Agreement will be an extreme financial hardship to Cuyahoga County, one of the most financially distressed areas in the nation.

The NEORSD is in the midst of a massive corruption scandal; it has a history of corruption and incompetence and cannot be relied on to properly oversee the key elements of the Agreement, let alone be accountable for the amounts of money they will be handling.

The Consent Agreement is in violation of federal law because neither party submitted the agreement for review of impact on historical landmarks, as required by law.

Sincerely, a tax payer that will be very strapped if this is allowed to be implemented as is.

Elberta Repko

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: US vs.90-5-1-1-08177/1 (or NEORSD)
**Date:** Thursday, January 20, 2011 8:35:27 AM

---

Please see public comment sent re: NEORSD.

**From:** j. hobb
**Sent:** Wednesday, January 19, 2011 5:06 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Fw: US vs.90-5-1-1-08177/1 (or NEORSD)

> Supersedes previous email 1/19/11
> From:
> Subject: US vs.90-5-1-1-08177/1 (or NEORSD)
> To: pubcomment-ees.enrd@usdoj.gov
> Date: Wednesday, January 19, 2011, 2:36 PM
>
> January 19, 2011
>
> Department of Justice
> P. O. Box 7611
> Washington, DC 20044-7611
>
> REF: US vs.90-5-1-1-08177/1 (or vs. NEORSD)
>
> Representatives of the Department of Justice:
>
> As a citizen of Cuyahoga County, I've been concerned for myself, older residents and all the citizens of Cuyahoga County because of our exorbitant water bills, and appalled at the ever-increasing, matching sewer charges that started in the 1970's. Many former residents have moved away because of this county's high water/sewer and tax rates. Also in recent years, homeowners in several Cuyahoga County communities started being assessed on their property taxes based on the linear footage of their lot for improving water intake lines.
>
> When all the corruption at NEORSD came to light, I felt that the injustice endured by customers was finally being recognized and we might see some lower rates. It is my right and the right of all citizens to know how and where these billions of dollars have been spent, but instead the EPA has the audacity to further dig into the pockets of trusting citizens--even before the corruption in several areas of our county government is cleaned up.
>
> We deserve answers as to how our money has been spent these last three decades. Great strides have been made in cleaning up Lake Erie. With the billions of dollars charged to Cuyahoga County citizens our storm/sewer water runoff should already meet every standard of cleanliness.
>
> Residents are now threatened with even and ever-more increasing sewer charges for the foreseeable future. There must be several ways to keep water run-off cleaner and sewers cleaner with new technologies and common sense.
>
> This government "money grab" has got to stop. This EPA demand is grossly unjust to the citizens of Cuyahoga County. Before any more of the hard earned money of citizens is spent,

standards of accountability, practicality, common sense, best methods and new technologies must be put in place with NEORSD. No contract should be put into effect for many decades to come since it's very probable that new and more efficient technologies in the future will make this endeavor far less costly than is currently anticipated.

Respectfully,

Janet Hobbin

JAN 16 2011

SHORT AND TO THE POINT

PEOPLE PAY OUT ENOUGH MONEY

AS IT IS FOR UTILITIES.

NO SEWER RATE NEED NOT GO UP IN PRICE DONT INCREASE SEWER RATES.

[illegible] McFolk

J. M. Norfolk

CLEVELAND OH 440 [illegible]
15 JAN 2011 PM 5 L

USA FIRST-CLASS FOREVER

ENUS

Assistant Atty. General Environment
and Natural Resources Division
Post Office Box 7611
U.S. Dept. of Justice
Washington D.C. 20044-7611

DEPARTMENT OF JUSTICE
JAN 20 2011
X-RA[illegible]

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: EPA Sewer Contract US vs NEORSD
**Date:** Monday, January 24, 2011 7:47:31 AM

---

Please see public comment received below. thanks

**From:** m hobb
**Sent:** Monday, January 24, 2011 2:21 AM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** EPA Sewer Contract US vs NEORSD

Hello Justice Department Officials, we need some intervention in the Cleveland Ohio area! The EPA is trying to force this over-taxed and corruption filled area to take on a three billion dollar sewer project when it it is the worst of times for such a thing. Our sewer and water departments are currently involved in a massive corruption scandal and these said organizations are grossly ill-prepared and probably inept at implementing such a huge project at this time. The extra money to pay for this project will come out of the pockets of working people who are struggling to get by. This plan needs to be stopped, or at least delayed until further options for lower cost can be explored! At least a significant and lasting economic recovery should be in full swing before any such project gets started and before any of the Cuyahoga County residents have to ante up any more money from the already over-taxed paychecks here.

Also, local residents did not have adequate time to become aware, educated and react to this situation! There was not enough advance notice at all, and a project of this size ought to be studied for a very long time before it is implemented, especially considering the considerable mismanagement, corruption and tremendous cost over-runs that have plagued this vicinity.

The only "just" and "responsible" thing to do is to have this abomination stopped before it starts. Once the region is in a stronger economic situation and the corrupt have been cleared out, then it would be a reasonable time to pursue this project or hopefully some less costly options!

If there is any "justice" left, the brakes will be put on this runaway, hi-speed, three billion dollar disaster!

Thank you for your time! Mike Hobbin, Cleveland Ohio

# :NV_ENFORCEMENT-n1857876-v1

| | |
|---|---|
| **)ocument Name** | CITIZEN COMMENTS |
| **\uthor** | |
| **)ocument Type** | |
| **.SA(s)** | |
| **:o-Counsel** | |
| **:o-Counsel LSA(s)** | |
| **)istribution List** | |
| **:ileroom** | |
| **)J#** | 90-5-1-1-08177/1 |
| **:ase Name** | U.S. V. NORTHEAST OHIO REGIONAL SEWER DISTRICT |
| **:ourt** | OH N.D. Ohio; 6th Cir. |
| **lotes** | |
| **)ouble-Sided** | |
| **Received Date** | 1/26/2011 |
| **Jrgent** | |
| **)versize** | |
| **3ound Document** | |

Ellis, Stephen

DEPT. OF JUSTICE ENRD
ENVIRONMENT DIVISION

Dear Officials of the Justice Department ,

RE / REF: US. Vs. NEORSD

This writing is a request for help! Or, at least interference regarding the impending economic disaster that is slated to hit the region and residents of Cuyahoga County. The three billion dollar plan that is going to be added into our sewer and water bills is far too costly for most residents and small businesses of this area. We need this plan stopped, or at least postponed until more can be learned about this plan and until other ways of improving the water quality for lower costs can be explored.

Cuyahoga County and many of its public officials, including key members of the Water Dept. and the NEORSD are currently entangled in a massive corruption scandal. The current leadership of the region is in no condition to handle such a large, complicated, and expensive project! In fact, further investigation (going back 20 years or so) ought to be considered.

This whole issue really stands out as a further example of "taxation without representation" and is an insult and assault to democracy, liberty, and justice throughout the land. Cuyahoga County residents did not have adequate time to learn about and respond to their elected public officials and various agencies with their comments and ideas. Let alone, we had no chance to vote on this issue or for leaders based on their stand on this issue. A project of this massive size and expense should be "years" in planning, especially with the tremendous turmoil in local leadership taken into consideration. Also, huge amounts of oversight would be needed to make sure no further corruption occurs.

Lots of public officials claim to be "for the people" or "on the side of the little guy". Well, if any of them are; they will stop or at least postpone this over-blown and tremendously expensive project and stop this three billion dollar boondoggle before it starts! This region is far over-taxed, with far too little results for what we already pay.

Some just don't understand, $10.00 an hour is a good paying job in this region now! It sure can't buy much though! Sure, professionals make more, and some less skilled and less educated get less, but as far as "working people" go, this added fee to our sewer and water bills would be an economic catastrophe. This sewer rate increase annually will devour the meager raises most people are getting these days (½-2-1/2 %) for many, and 3% or if you're very lucky! There will be little chance of any city or school district in this area getting a levy passed if this three billion dollar travesty of justice occurs. Taxpayers will have to try to save some $ somewhere!

The EPA needs to be told to "back off" on this plan at least for the time being. We need more accountable and reliable leadership than we currently have to over-see such a project and since Lake Erie has been getting cleaner over the years anyway, the assessment that prompted all of this ought to be reviewed further. This project is far too

corr

90-5-1-1-09177/1

expensive for most residents of this region. And again, our local leaders have mismanaged our funds so badly, that they should not be trusted or expected to take on such as project at this time.

Thank you for your time and consideration. Mike Hobbin

Mike Hobbin

Michael J Hobbin

CLEVELAND OH 440
24 JAN 2011 PM 6 T




Department of Justice (RE/REF: US vs. NEORSD).
P.O. Box 7611
Washington, D.C.
20044-7611

DOJ MAILROOM
JAN 26 2011
X-RAYED

20044+7611

January 18,2011

Thomas E. Fleischer

Assistant Attorney General, Environmental and Natuarl Resources
P.O. Box 7611
U.S. Department of Justice
Washington, DC 20044-7611

Re: Sewer Rate Northern Ohio Sewer District

Dear Sirs,

The proposed new sewer rates for Cleveland and its suburbs are expected to triple by the year 2035. The rates in this area are extremely high now, these new rate will severely hurt this area that is already suffering.

I'm a 65 year old retiree trying to live on social security that has not had a cost of living increase in two years, but food,utilities,gas,and everything else goes up 8-10% a year regardless what the government figures show. My homeowners insurance has increased 20% in the last two years.

I am going to be forced to leave the state of Ohio if these new rates go into effect.

Thomas E. Fleischer
TEF

Thomas E. Fleischer

USA

8th Floor

Steve Ellis

CLEVELAND OH 440
19 JAN 2011 PM 7 T

USA FIRST-CLASS FOREVER

Assistant Attorney General
Environmental & Natural Resources
P.O. Box 7611
U.S. Dept. of Justice
Washington, DC 20044-7611

DOJ MAIL ... JAN ...

20044+7611

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagjika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: Reconsider NEORSD Decision
**Date:** Monday, January 24, 2011 7:49:58 AM

---

Please see public comment received below.

---

**From:** Jack Kashubeck
**Sent:** Sunday, January 23, 2011 10:58 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** Reconsider NEORSD Decision

Attorney General,

Due to the ongoing rampant corruption in the Sewer District and the Water Department that has been exposed, and continues to be exposed in the area. I ask that you delay any mandates or projects regarding NEORSD at this time. This plan from NEORSD has been ill conceived and poorly planned. We in the region would ask that you look into this matter.

Thank You,
Jack Kashubeck

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: North East Ohio Regional Sewer District
**Date:** Monday, January 24, 2011 7:52:03 AM

---

Please see public comment received below.

**From:** Suhodolsky
**Sent:** Sunday, January 23, 2011 6:44 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** North East Ohio Regional Sewer District

I am outraged with the proposed 12-13% hike in our sewer and water bills that are just the beginning of a cycle of increases that would last during my lifetime.

Please look into this proposition that seems not to allow the public a voice.

Sincerely,

Mr. N. Suhodolsky
Parma, Ohio

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: We want public hearings
**Date:** Monday, January 24, 2011 7:57:18 AM

---

Please see public comment received below.

**From:** Gary Mcphersor
**Sent:** Sunday, January 23, 2011 4:40 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** We want public hearings

As a resident of Cuyahoga County, I resent the changes being forced on our North East Ohio Sewer District which will result in:

- heavily increased water and sewer rates
- a continued exodus of businesses
- cause undue hardship on all property owners, especially senior citizens

All this is being forced on the residents of Cuyahoga County WITHOUT public hearings.

This, coupled with the county government corruption scandal, may be the straw that 'breaks the camels back'. Our population has been dwindling the second half of last century. At this rate, Cleveland will have no future, only a history!

The residents have the freedom to comment on these changes. Why are we not being given our constitutional right to free speech?

Why is everything being kept hidden? **We want public hearings.**

Please look into this.

Gary McPherson

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: NO to Sewer rate increases in Cleveland, Ohio
**Date:** Monday, January 24, 2011 7:59:05 AM

---

Please see public comment received below.

**From:** Chip
**Sent:** Saturday, January 22, 2011 5:03 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** NO to Sewer rate increases in Cleveland, Ohio

My wife and I grew up, bought our home (fast becoming very few of us that do in this city) and raised our children in the city of Cleveland, and we will definitely move out of the area, if and when, our home value ever comes back... for the life of us and many others we can't understand why government officials on all levels don't get it, how many times can you go to the well before it goes dry? And take in to consideration, my wife and I both work. It's getting tougher all the time to make ends meet. What gets us,"over and over", is the taxpayers are never part of the inefficiency, and the lack of planning or foresight in running our governments or the agencies involved to begin with, JUST SPEND.
I wish we had this fall back plan, when we mismanage our money, we misspend, or we don't budget our money for future emergencies and or plans, all we will do is, just go get somebody else or in your case the taxpayers to pay for it or fix it for us!!! And I won't get into how the rules are changed on us all the while (credit cards for example) so that WE are more RESPONSIBLE with OUR spending!
Again our leadership in this country on ALL levels don't get it, and I'm afraid they never will.
This country's future is definitely in jeopardy based on these very (one more) decisions!
Of course it doesn't matter from their standpoint. They make nice salaries anyway, that again the taxpayers pay...
For the record, **NO we are not for these kind of sewer hikes**, you screwed up, find another way (cut your overpaid salaries based on the lack of planning alone) and fix it yourselves!
God be with us!
Charles and Laurie Gray
Cleveland, Ohio

1855930

PHYSICAL DOCUMENT

ENV_ENFORCEMENT-n1855930-v1

CITIZENS COMMENTS

**Author:**

**Document Type:**

**LSA(s):**

**Co-Council:**

**Council LSA(s):**

**Distribution List:**

**Fileroom:**

**DJ#:** 90-5-1-1-08177/1

**Case Name:** U.S. V. NORTHEAST OHIO REGIONAL SEWER DISTRICT

**Court:** OH N.D. Ohio; 6th Cir.

**Notes:**

**Double-Sided:**

**Received Date:** 1/24/2011

**Urgent:**

**Oversize:**

**Bound Document:**

Ellis, Steven
1-19-2011

(1)

United States V.
North Eastern Ohio Regional
Sewer District
D.J. Ref.
90-5-1-08177/1

DEPT. OF JUSTICE ENRD
ENVIRONMENT DIVISION
11 JAN 24 PM 2:47

C/o Assistant Attorney General,
Environment and Natural
Resources Division
P.O. Box 7611
US Dept of Justice
Washington D.C
20044-7611

Sir:

Since 1940 I have heard complaints about the Cleveland ohio water and sewer departments. I was 10 years old then and at the dinner table my father and mother would discuss the problem of poor service, and delayed replacement of a broken water meter. Poor work ethic and slowness o. those working for the department. Having to go into downtown Cleveland in person to resolve the problems they were having with billing or service.

Cleveland was a failure then and are now worse because they try to service 60 suburbs when they could not handle a few suburbs in 1940's.

Cleveland does not own Lake Erie, nor the water in the lake. The state of Ohio owns the lake and its citizens. For them to make money and give poor service is wrong. They even have lower rates for Clevelanders and double or more for suburbs.

(2)

We need regional control of the water and sewer department of Cleveland where profits and workers from all the suburbs are sharing in this enterprise.

The rates are extremely high and now with a rate increase of 10 percent or more the next 25 years who knows when it will stop, Never.

The City of Cleveland was to receive a $800,000.00 grant from the federal government as a earmark. If so, the money should be used to pay down the 3 Billion they want to charge us the next 25 years.

Please help by taking over the control of the Cleveland water and sewer departments in 2011. Put it into the hands of someone who will serve all the citizens in the greater Cleveland area.

Thank You -
Sincerely,

George H. Gross

9 George Gross

USA George H. Gross

CLEVELAND OH 440

19 JAN 2011 PM 4 T

USA FOREVER

US Justice Dept, at
Assitant Attorney General
Envieormant And Natural Resources Div
P.O. Box 7611
Washington, D.C.

20044+7611

REF. 90
US VS NEOSD

Ann Wesatnik ①

Urgent to D.O.J.

I am a resident of Cuyahoga County, Dennis Kucinichs Dist. #10 is my congressman.

The Northeast Ohio Regional Sewer District is set to raise our sewer rates that will triple.

We have high unemployment. and how will people pay this excess in charges. Businesses and bad as it is for those trying to hang on now, how are they going to hang on having to pay a lot more in excess fees.

There are a lot of people already getting help now, how in the world are we suppose to absorb this coming enormous sewer bill.

In this area we had a tunnel expansion called the Mill Creek deal. We were already over burdened with huge cost overruns. and corruption.

Actually one of the people involed in the Mill Creek expansion was sent to prison, He also had been involved with corruption at the Water Dept.

After the scandel at the Water Dept the head of that dept at the time of that scandel was put in as head of sewer district. You figure that one out.

This program was done in secret with the district and the E.P.A. They didnt want hear any of the citizens concerns. The E.P.A. didnt want to be at the citizens meetings.

We are asking in earnest at U.S.D.J. to please intervene and stop this injustice of putting on this burden at a time when people are struggling the way it is

Please intervene for us.

Thank You

Ann Desatnik

Ms. Ann Desatnik

CLEVELAND OH 440

22 JAN 2011 PM 8 T




Steve Ellis

U.S. Dept of Justice
P.O. Box 7611
20044-7611

20044/7611

January 19, 2011

Assistant Attorney General
U S Justice Department
P O Box 7611
Washington DC 20044

Re: US vs. Northeast Ohio Regional Sewer District

Dear Sir:

We all support clean water; however, the Environmental Protection Agency (EPA) and the United States Justice Department should pause and take a "gentler and kinder" approach to the mandate for the Northeast Ohio Regional Sewer District (NEORSD) to meet new water quality rules.

It lacks good judgment for the EPA to enter into an agreement that can result in little or no revenue because of a mandate upon aging, minority and/or low income ratepayers unable to satisfy overwhelmingly increased costs which in turn places an unjust burden on remaining ratepayers.

The EPA and the Justice Department should order only what is *fair* and *attainable* at this time, only what is absolutely *necessary* at this time and most of all only what is *reasonable* – in other words – act ethically. Hopefully, the EPA and the Justice Department will observe a recent suggestion of civility and realize that these are economically trying time for everyone.

Thank you.

Respectfully,

Dorothy Opava

Dorothy Opava

STEVE
ELLIS

CLEVELAND OH 441
20 JAN 2011 PM 6 T




Assistant Attorney General
US Justice Department
PO Box 7611
Washington DC 20044

**X-RAYED**
JAN 25 2011
**DOJ MAILROOM**

US vs NORTHEAST OHIO REGIONAL SEWER DISTRICT

Subj: **United States v.Northeast Ohio Regional Sewer District D.J. Ref.90-5-1-108177/.1**
Date: 01/17/2011 7:57:26 A.M. Eastern Standard Time
From: .
To: pubcommentees.enrd@usdoj.gov

To Whom it may concern,

I am respectfully asking that the Clean Water Act for Northeast Ohio ( 1972) be permanently suspended and the 3 billion dollar 25 year pollution control plan that the U.S. Department of Justice, Environmental Protection Agency and local sewer officials agreed on earlier this month be scrapped.

I have lived in Northeast Ohio my entire life ( Cuyahoga County) along with at least 50 members of my family and friends and can honestly say none of us have had any ill effects ( like cancer) because of drinking water from Lake Erie. I am going to be 62 years old in February and my mother is going to be 90 years old in September. I was born in 1949, my mother in 1921.

I am going to list many other reasons for scrapping this plan to triple our water rates by the year 2035, est.

1. Lake Erie is the only one of the Great Lakes that completely recycles its own water naturally, in 4 to 7 years due to how shallow it is. The Lake has an average depth of 50 feet.
2. Those of us who live in Cuyahoga County are already paying close to $300 per year special assessments on our real estate tax bills. ( That will never end.)
3. This area has been hard hit ( Cuyahoga County, one of the worst in America) by home foreclosures.
4. Joblessness in all of Ohio is well over 10%. Cuyahoga county is between 9% and 10 %.
5. The Sewage overflow problem takes place during times of flooding which is very limited in this area mostly to the summer months.
6. We have already complied with the U.S. EPA and reduced our so called overflow problem from 9 billion gallons a year to 4.5 billion gallons a year.
7. Lake Erie contains 127.7 trillion gallons of water, est. ( I'm sure that 4.5 billion gallons of overflow a year are not enough to seriously harm the Lake Erie Ecosystem or its inhabitants. ( I am 61 yrs old and my mother will be 90 soon, and have been drinking water from Lake Erie our entire lives.)
8. Those of us who pay for water from the Northeast Ohio water district already are paying 9% a year increases that will continue through 2011. Sewer officials project 13% increases a year from 2012 to 2016 and then around 6 % per year for the remainder of the term.
9. Due to the last governor in Ohio ( Strickland , who has been voted out.) The people of Ohio now owe a debt of between 8 and 10 billion dollars, even more pain added.)
10. By imposing such high water rates on Northeast Ohio it will be much more difficult to attract business and industry to our area to stimulate job growth and put our people back to work! ( High taxes and high water rates will not draw business to our area. We have lost over 400,000 jobs ( corporations and businesses leaving Ohio in the recent past.) American Greetings is now ready to leave us, and they have been here for
around 100 years and revenue is 2 billion dollars.

We all want a clean environment but at what cost? The people of Northeast Ohio do not need a Cadillac water treatment system and sewage system when the one we have had has served us well. What we need is the shovel ready jobs that the Obama Administration promised to help rebuild parts of our aging water system. Where is the stimulus money for those????? The people of Northeast Ohio have, and are now paying a lot to keep our water clean, and we do not need, especially now, to pay even more!

Sincerely,
Nick Yantorn

To Whom it may concern,

I am respectfully asking that the Clean Water Act for Northeast Ohio ( 1972) be permanently suspended and the 3 billion dollar 25 year pollution control plan that the U.S. Department of Justice, Environmental Protection Agency and local sewer officials agreed on earlier this month be scrapped.

I have lived in Northeast Ohio my entire life ( Cuyahoga County) along with at least 50 members of my family and friends and can honestly say none of us have had any ill effects ( like cancer) because of drinking water from Lake Erie. I am going to be 62 years old in February and my mother is going to be 90 years old in September. I was born in 1949, my mother in 1921.

I am going to list many other reasons for scrapping this plan to triple our water rates by the year 2035, est.

1. Lake Erie is the only one of the Great Lakes that completely recycles its own water naturally, in 4 to 7 years due to how shallow it is. The Lake has an average depth of 50 feet.
2. Those of us who live in Cuyahoga County are already paying close to $300 per year special assessments on our real estate tax bills. ( That will never end.)
3. This area has been hard hit ( Cuyahoga County, one of the worst in America) by home foreclosures.
4. Joblessness in all of Ohio is well over 10%. Cuyahoga county is between 9% and 10 %.
5. The Sewage overflow problem takes place during times of flooding which is very limited in this area mostly to the summer months.
6. We have already complied with the U.S. EPA and reduced our so called overflow problem from 9 billion gallons a year to 4.5 billion gallons a year.
7. Lake Erie contains 127.7 trillion gallons of water, est. ( I'm sure that 4.5 billion gallons of overflow a year are not enough to seriously harm the Lake Erie Ecosystem or its inhabitants. ( I am 61 yrs old and my mother will be 90 soon, and have been drinking water from Lake Erie our entire lives.)
8. Those of us who pay for water from the Northeast Ohio water district already are paying 9% a year increases that will continue through 2011. Sewer officials project 13% increases a year from 2012 to 2016 and then around 6 % per year for the remainder of the term.
9. Due to the last governor in Ohio ( Strickland , who has been voted out.) The people of Ohio now owe a debt of between 8 and 10 billion dollars, even more pain added.)
10. By imposing such high water rates on Northeast Ohio it will be much more difficult to attract business and industry to our area to stimulate job growth and put our people back to work! ( High taxes and high water rates will not draw business to our area. We have lost over 400,000 jobs ( corporations and businesses leaving Ohio in the recent past.) American Greetings is now ready to leave us, and they have been here for around 100 years and revenue is 2 billion dollars.

We all want a clean environment but at what cost? The people of Northeast Ohio do not need a Cadillac water treatment system and sewage system when the one we have had has served us well. What we need is the shovel ready jobs that the Obama Administration promised to help rebuild parts of our aging water system. Where is the stimulus money for those????? The people of Northeast Ohio have, and are now paying a lot to keep our water clean, and we do not need, especially now, to pay even more!

Sincerely,
Nick Yantorn

Mr Nicholas Yantorn Jr

ENRD

CLEVELAND OH 440
18 JAN 2011 PM 6 L




Assistant Attorney General, Environment + Natural Resources Div.
P.O. Box 7611
U.S. Dept. of Justice
Washington, D.C. 20044-7611

DEPARTMENT OF JUSTICE
JAN 20 2011
X-RAYED

20044+7611

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1
**Date:** Tuesday, January 25, 2011 8:31:43 AM

Please see public comment received below. thanks

**From:**
**Sent:** Monday, January 24, 2011 5:02 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** United States v. Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-08177/1

Dear Sir/Madam:

$3 billion dollars in taxes levied by bureaucrats is unacceptable and unconstitutional. Just as judicially forced busing to desegregate schools failed miserably and cost taxpayers untold sums of money, this consent decree will push Northeast Ohio into the Dark Ages. Economic recovery will be prolonged for many generations. It is too easy for residents to pull up stakes and move out of the region, especially when there are less and less jobs. Our son is moving to Colorado in May to follow his uncle for more opportunity.

I urge you to reconsider your decision and review it in the context of the big picture in Northeast Ohio, This could be the straw that breaks the camel's back.

Sincerely,
Anton M. Lavrisha

Anton M. Lavrisha

"We love God as much as the person we like the least." Fr. Larry Richards based on John 13:34-35 - '"I give you a new commandment: love one another. As I have loved you, so you also should love one another. This is how all will know that you are my disciples, if you have love for one another.'"

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: United States vs Northeast Ohio Regional Sewer District
**Date:** Wednesday, January 26, 2011 8:19:44 AM

Please see public comment received for NEORD below.

**From:** worky madison
**Sent:** Tuesday, January 25, 2011 6:49 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** United States vs Northeast Ohio Regional Sewer District

To the Assistant Attorney General
Environment and Natural Resources Division

Dear Sir,

In reference to the case of United States vs Northeast Ohio Regional Sewer District, D.J. Ref. 90-5-1-1-0877/I, I would like to object giving any project to the Northeast Ohio Regional Sewer District, especially one that runs into the billions of dollars. We as residents of Cuyahoga County have had no chance to vote on this monstrous project.

The sewer and water district are both under investigation by the FBI. Giving the sewer district more authority to collect funds while the current investigation shows that it cannot collect funds or even read water meters (upon which sewer rates are calculated) would not solve any sewer problems.

Please reconsider giving any project to the Northeast Ohio Regional Sewer District until the FBI investigation is over and the corruption in the county has been cleared.

Thank You,
Peter L Roman

**From:** Fleetwood, Tonia (ENRD)
**To:** Ellis, Steven (ENRD)
**Cc:** Furrie, Kristin (ENRD); Papagiika, Kathryn (ENRD); Davis, Joe (ENRD)
**Subject:** FW: D.J. Reference 90-5-1-1-08177/1
**Date:** Wednesday, January 26, 2011 8:23:10 AM

Please see public comment received for NEORSD below.

**From:** Dianne Burton
**Sent:** Tuesday, January 25, 2011 2:34 PM
**To:** ENRD, PUBCOMMENT-EES (ENRD)
**Subject:** D.J. Reference 90-5-1-1-08177/1

I am writing in concern of the proposed water and sewer rates that will be imposed on our community. Our portion of NE Ohio is under significant financial strain due to the economy here and the proposed hikes in our water and sewer bills due to this judgment will cause financial hardship on almost all of our citizens. Despite a reduction in the unemployment rate in the country, our rate has risen instead of decreasing. There must be some other resource that can be used to assist our area with the cleanup. As you may be aware, Lake Erie has become a much cleaner lake in the past few years. NE Ohio has been doing their best in helping to clean up the lake. I request that you postpone this judgment or find federal money to assist with this judgment as this would cause too much hardship on the citizens of our community.

Thank You,

Dianne Burton